UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SPIRIT REALTY CAPITAL, INC., A Maryland Corporation, | ) ) ) |
| Defendant. | ) ) ) |

CASE NO.: 1:18-cv-01809-SEB-DLP

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Dennis Tooley, and Defendant, Spirit Realty Capital, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: August 22, 2018

Respectfully Submitted,

*/s/ Louis I . Mussman*
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Blvd.
Suite 209-A
Pembroke Pines, FL 33029
Phone: (305) 891-1322
Fax: (305) 891-4512
Email: Louis@KuMussman.com

and

Respectfully Submitted,

*/s/  Roy W. Arnold*
Roy W. Arnold
PA I.D. 70544
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: 412-288-3916
Facsimile: 412-288-3063
Email: rarnold@reedsmith.com

*Counsel for Defendant
Spirit Realty Capital, Inc.*

1

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana   46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Roy W. Arnold
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

By:   */s/ Louis I. Mussman*
         Louis I. Mussman, Esq.