UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) |
| Plaintiff, | ) CASE NO.: 1:18-cv-01809-SEB-DLP ) |
| vs. | ) ) |
| SPIRIT REALTY CAPITAL, INC., A Maryland Corporation, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff's and Defendant's Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice.

**DONE AND ORDERED**

Date: 8/24/2018

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF

1